IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTIE MAGEE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 12-CV-6564 ) ) |
| v. | ) ) ) Judge John Z. Lee |
| HEALTH CARE SERVICE CORPORATION, A Mutual Legal Reserve Company, | ) ) ) Magistrate Judge Arlander Keys ) |
| Defendant. | ) |

**PLAINTIFF'S UNCONTESTED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff moves this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on December 14, 2012. In support of this Motion, Plaintiff has submitted a Memorandum in Support of Her Motion for Final Approval of Class Action and Award of Attorneys' Fees. A draft order is attached as Exhibit 5 to that Memorandum.

WHEREFORE, the Plaintiff asked the Court to enter the order attached as Exhibit 5 to Plaintiff's Memorandum in Support of Her Uncontested Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

Respectfully submitted,

/s/   Christopher J. Wilmes

Matthew J. Piers (IL Bar # 2206161)
Christopher J. Wilmes (IL Bar # 6287688)
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100


Paul Strauss (IL Bar # 6181436)
CHICAGO LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW, INC.
100 N. LaSalle St., Suite 600
Chicago, IL 60602
(312) 630-9744